UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SHEAFFER,

    Plaintiff,

v.

HENRY RICHARDS, *et al.*,

    Defendants.

Case No.  C06-5232 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to any counsel who may have appeared on behalf of defendants, and to the Hon. Karen L. Strombom.

DATED this 23rd day of June, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1